IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PESCHKE MAP TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1572-SLR |
| | ) | |
| SHORT HILLS ASSOCIATES LLC, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND PROPOSED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of settlement between the parties, Plaintiff Peschke Map Technologies, LLC ("Plaintiff") and Defendants Short Hills Associates LLC and Dolphin Mall Associates LLC (collectively, "Defendants") hereby stipulate to the dismissal of Plaintiff's claims against Defendants with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: September 8, 2014

| | |
|---|---|
| BAYARD, P.A. | YOUND CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Vanessa R. Tiradentes* | */s/ Adam W. Poff* |
| Richard D. Kirk (rk0922) | Adam W. Poff (No. 3990) |
| Stephen B. Brauerman (sb4952) | Pilar G. Kraman (No. 5199) |
| Vanessa R. Tiradentes (vt5938) | Samantha G. Wilson (No. 5816) |
| Sara E. Bussiere (sb5725) | Rodney Square |
| 222 Delaware Avenue, Suite 900 | 1000 North King Street |
| P.O. Box 25130 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 571-6600 |
| (302) 655-5000 | apoff@ycst.com |
| rkirk@bayardlaw.com | pkraman@ycst.com |
| sbrauerman@bayardlaw.com | swilson@ycst.com |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | *Attorneys for Defendants Short Hills Associates LLC and Dolphin Mall Associates LLC* |
| *Attorneys for Plaintiff Peschke Map Technologies, LLC* | |

2

      IT IS SO ORDERED, this _____ day of _____, 2014.

                                                       _____
                                                       The Honorable Sue L. Robinson
                                                       United States District Judge